```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    LANIER LEWIS
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. CR. S-06-336 LKK
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER
14       v.                       ) CONTINUING STATUS CONFERENCE
                                  ) AND EXCLUDING TIME
15  LANIER LEWIS,                 )
                                  )
16              Defendant.        ) Date: September 12, 2006
                                  ) Time: 9:30 a.m.
17  _____) Judge: Hon. Lawrence K. Karlton
```

18

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

20 America, and defendant, Albert Justice, that the status conference scheduled for

21 September 12 may be continued to September 26, 2006, at 9:30 a.m.

22     This is a new case and the defense seeks time to evaluate Mr. Lewis's prior

23 record and guidelines exposure before further scheduling the case.  So that the

24 defense may begin to obtain the necessary records, the parties agree that the

25 ends of justice to be served by a continuance outweigh the best interests of the

26 public and the defendant in a speedy trial and that time under the Speedy Trial

27 /////

28 /////

1 Act may be excluded from the date of this order through September 26, 2006,
2 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 8, 2006           /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for LANIER LEWIS


                                   McGREGOR SCOTT
                                   United States Attorney

Dated: September 8, 2006           /s/ T. Zindel for R. Bender
                                   RICHARD J. BENDER
                                   Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 26, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 26, 2006.

IT IS SO ORDERED.

Dated: September 11, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Lewis                2