DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LANIER LEWIS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-336 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| LANIER LEWIS, | ) | |
| | ) | |
| Defendant. | ) | Date: September 26, 2006 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for September 26 may be continued to October 24, 2006, at 9:30 a.m.

The defense's review of Mr. Lewis's prior record has yet to be completed. The parties wish to determine Mr. Lewis's guidelines exposure before further scheduling the case. So that the defense may complete its review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under

/////

/////

the Speedy Trial Act may be excluded from the date of this order through October 24, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                  Respectfully submitted,

                  DANIEL J. BRODERICK
                  Federal Defender

Dated:  September 21, 2006    /s/ T. Zindel
                  TIMOTHY ZINDEL
                  Assistant Federal Defender
                  Attorney for LANIER LEWIS


                  McGREGOR SCOTT
                  United States Attorney

Dated:  September 21, 2006    /s/ T. Zindel for R. Bender
                  RICHARD J. BENDER
                  Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 24, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 24, 2006.

  IT IS SO ORDERED.

Dated:  September 21, 2006        /s/ Lawrence K. Karlton
                  LAWRENCE K. KARLTON
                  SENIOR JUDGE
                  UNITED STATES DISTRICT COURT