DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LANIER LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-336 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| LANIER LEWIS, ) | |
| ) | Date:  October 24, 2006 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Lanier Lewis, that the status conference scheduled for October 24 may be continued to November 28, 2006, at 9:30 a.m.

   The defense's review of Mr. Lewis's prior record has yet to be completed and the parties seek additional time to determine how best to proceed in the case. The parties wish to determine Mr. Lewis's guidelines exposure before further scheduling the case; a number of other issues remain open. So that the defense may complete its review and the parties complete their discussions, they agree that the ends of justice

1  to be served by a continuance outweigh the best interests of the public
2  and the defendant in a speedy trial and that time under the Speedy Trial
3  Act may be excluded from the date of this order through November 28,
4  2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 20, 2006                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for LANIER LEWIS


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  October 20, 2006                /s/ T. Zindel for R. Bender
                                        RICHARD J. BENDER
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 28, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 28, 2006.

IT IS SO ORDERED.

Dated:  October 23, 2006

                                        /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Lewis                2