```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   LANIER LEWIS
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-336 LKK |
| | ) | |
| Plaintiff, | ) | **ORDER AFTER STATUS CONFERENCE** |
| v. | ) | |
| LANIER LEWIS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

This order memorializes the status conference of November 28, 2006. At defendant's request, the Court scheduled a further status conference for January 9, 2007, at 9:30 a.m. and ordered time excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4), to afford the defense additional time to prepare.

IT IS SO ORDERED.

Dated: December 1, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT