1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   LANIER LEWIS

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )  No. CR. S-06-336 LKK
                                  )
13              Plaintiff,        )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
14      v.                        )  **AND EXCLUDING TIME**
                                  )
15 LANIER LEWIS,                  )
                                  )  Date:  January 9, 2007
16              Defendant.        )  Time:  9:30 a.m.
                                  )  Judge: Hon. Lawrence K. Karlton
17 _____)

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20 of America, and defendant, Lanier Lewis, that the status conference

21 scheduled for January 9 may be continued to February 6, 2007, at 9:30

22 a.m.

23      The parties' discussions regarding resolution of the case have been

24 delayed by medical emergencies.  Although we expect the case to resolve

25 and have taken significant steps towards that end, additional time is

26 needed because a number of issues remain open.  So that the defense may

27 complete its review and the parties complete their discussions, the

28 parties agree that the ends of justice to be served by a continuance

1  outweigh the best interests of the public and the defendant in a speedy

2  trial and that time under the Speedy Trial Act may be excluded from the

3  date of this order through February 6, 2007, pursuant to 18 U.S.C. §

4  3161(h)(8)(A) and (B)(iv)(Local Code T4).

5                              Respectfully submitted,

6                              DANIEL J. BRODERICK
                               Federal Defender
7

8  Dated:  January 5, 2007     /s/ T. Zindel
                               TIMOTHY ZINDEL
9                              Assistant Federal Defender
                               Attorney for LANIER LEWIS
10

11                             McGREGOR SCOTT
                               United States Attorney
12

13 Dated:  January 5, 2007     /s/ T. Zindel for R. Bender
                               RICHARD J. BENDER
14                             Assistant U.S. Attorney

15

16                          O R D E R

17      The status conference is continued to February 6, 2007, at 9:30 a.m.

18 For the reasons set forth above, the court finds that the ends of justice

19 to be served by a continuance outweigh the best interests of the public

20 and the defendant in a speedy trial and therefore excludes time under the

21 Speedy Trial Act through February 6, 2007.

22      IT IS SO ORDERED.

23

24 Dated:  January 5, 2007

25

26                             LAWRENCE K. KARLTON
                               SENIOR JUDGE
27                             UNITED STATES DISTRICT COURT

28