DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LANIER LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                        )<br>           Plaintiff,                  )<br>                                        )<br>      v.                                )<br>                                        )<br> LANIER LEWIS,                           )<br>                                        )<br>           Defendant.                   )<br>_____) | No. CR. S-06-336 LKK<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  February 6, 2007<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Lanier Lewis, that the status conference scheduled for February 6 may be continued to February 13, 2007, at 9:30 a.m.

Defense counsel has asked government counsel to consider a possible resolution of the case. Additional time is needed for both parties to review and consider that proposal, so we jointly ask to continue the status conference one week. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

1  Act may be excluded from the date of this order through February 13,
2  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:   February 2, 2007               /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for LANIER LEWIS
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated:   February 2, 2007               /s/ T. Zindel for R. Bender
                                           RICHARD J. BENDER
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to February 13, 2007, at 9:30
16 a.m. For the reasons set forth above, the court finds that the ends of
17 justice to be served by a continuance outweigh the best interests of the
18 public and the defendant in a speedy trial and therefore excludes time
19 under the Speedy Trial Act through February 13, 2007.
20     IT IS SO ORDERED.
21
22 Dated:   February 2, 2007

                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Lewis               2