DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LANIER LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR. S-06-0336 LKK |
| )             Plaintiff,             ) | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND SCHEDULING PRESENTENCE REPORT** |
| v.                                   ) | |
| LANIER LEWIS,                        ) | Date: April 24, 2007 |
|             Defendant.               ) | Time: 9:30 a.m. |
| _____       ) | Judge: Hon. Lawrence K. Karlton |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Lanier Lewis, that the hearing on judgment and sentencing (now scheduled for April 24, 2007) may be continued to June 12, 2007, at 9:30 a.m.  The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

     (1) Informal objections due            May 8, 2007
     (2) Final PSR due                      May 15, 2007
     (3) Formal objections due              May 29, 2007
     (4) Hearing on J&S                     June 12, 2007
/////

1  This stipulation is intended to afford defense counsel time to
2  obtain an evaluation of Mr. Lewis's current mental functioning before
3  preparation of the final presentence report.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  April 4, 2007                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for LANIER LEWIS


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  April 4, 2007                   /s/ T. Zindel for R. Bender
                                        RICHARD BENDER
                                        Assistant U.S. Attorney


**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.


Dated:  April 5, 2007

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. L. Lewis             2