DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LANIER LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0336 LKK |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND SCHEDULING PRESENTENCE REPORT** |
| v. ) | |
| LANIER LEWIS, ) | Date: June 12, 2007 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Lanier Lewis, that the hearing on judgment and sentencing may be continued one week to June 19, 2007, at 9:30 a.m. The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

(1) Informal objections due        May 22, 2007

(2) Final PSR due                  June 5, 2007

(3) Formal objections due          June 12, 2007

(4) Hearing on J&S                 June 19, 2007

/////

1  This stipulation is intended to afford both counsel and the
2 probation officer time to consider a recent evaluation of Mr. Lewis's
3 mental functioning before preparation of the final presentence report and
4 sentencing.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  May 15, 2007                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for LANIER LEWIS


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  May 15, 2007                    /s/ T. Zindel for R. Bender
                                        RICHARD BENDER
                                        Assistant U.S. Attorney
```

**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

```
Dated:  May 22, 2007                    /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
```